FILED

JUN 24 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10235 |
| Plaintiff - Appellee, | D.C. No. 1:99-cr-05281-LJO |
| v. | |
| JOSE CAIN PARTIDA-VARGAS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Lawrence J. O'Neill, District Judge, Presiding

Submitted June 18, 2013[**]

Before:    TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

Jose Cain Partida-Vargas appeals from the district court's order denying his

18 U.S.C. § 3582(c)(2) motion for reduction of his custodial sentence.  We

dismiss.

Partida-Vargas contends that the district court erred in denying his motion

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

for a sentence reduction. Because Partida-Vargas has finished serving his "term of imprisonment," he is no longer eligible for relief under section 3582(c)(2). *See* 18 U.S.C. § 3582(c)(2) (allowing the district court to reduce the "term of imprisonment" when the defendant was sentenced based upon a sentencing range which has been subsequently lowered). Accordingly, we dismiss this appeal as moot. *See United States v. Strong*, 489 F.3d 1055, 1059 (9th Cir. 2007).

**DISMISSED.**